**Order entered April 15, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00326-CV

## IN RE SUNTERRA DISTRIBUTION, LLC, Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-18911**

### ORDER
Before Justices Myers, Nowell, and Goldstein

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    ERIN A. NOWELL
       JUSTICE